1  DAVID L. ANDERSON (CSBN 149604)
   Acting United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ADAM A. REEVES (NYSB 2363877)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7157
7      Facsimile: (415) 436-7234
       Adam.Reeves@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,            )   No.  CR 00-00213 (WHA)
                                        )
15        Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                        )   FORM OF ORDER REGARDING THE
16     v.                               )   SCHEDULING OF THE SENTENCING
                                        )   HEARING
17                                      )
   DOMINICK DEROSA,                     )   Date: March 30, 2010
18                                      )   Time: 2:00 p.m.
                                        )   Place: Courtroom #9
19        Defendant.                    )
   _____)
20

21        Pursuant to Criminal Local Rule 47-4, the United States hereby submits this stipulation
22 and proposed form of order with regard to the scheduling of the sentencing hearing in this case.
23 Presently, the Court has scheduled the sentencing hearing for this case on March 30, 2010 at 2:00
24 p.m.  For the reasons set forth below, the parties and the United States Probation Office request
25 that this sentencing hearing be continued to April 20, 2010 at 2:00 p.m. or such other date on or
26 after April 19, 2010 as may be convenient for the Court.
27        On March 5, 2010, the Court conducted the sentencing hearing of a related case, *United*
28 *States v. Charles W. McCall*.  In that related case, the United States took the position that the loss

1  in that case exceeded $8.6 billion.  In this case, defendant Dominick DeRosa left HBOC before
2  April 1999 and before the events that supported the government's loss calculation in the *McCall*
3  case.  United States Probation Officer Benjamin Flores has requested additional time beyond
4  March 30, 2010 to evaluate the loss as it relates to defendant DeRosa and prepare the Pre-
5  Sentence Report in this case.  Counsel for the United States and counsel for defendant DeRosa
6  both join in the request for a continuance of the sentencing hearing in this case for this purpose.

7      The earliest date when all parties would be available to proceed with the sentencing
8  hearing would be the week of April 19, 2010.  For that reason, the parties and the United States
9  Probation Office request that this sentencing hearing be continued to April 20, 2010 at 2:00 p.m.
10 or such other date on or after April 19, 2010 as may be convenient for the Court.

DATED: March 15, 2010                    Respectfully submitted,

                                                                DAVID L. ANDERSON
                                                                 Acting United States Attorney

                           By:      /s/
                                   _____

                                                                  Adam A. Reeves
                                                                 Assistant United States Attorney

**[PROPOSED] ORDER**

    Pursuant to stipulation, it is SO ORDERED that the sentencing hearing in this case shall be continued to April 27, 2010 at 2:00 p.m.

IT IS SO ORDERED

Judge William Alsup
United States District Court