IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DOMINICK DEROSA,

    Defendants.

No. CR 00-0213 WHA

**RECOMMENDATION TO BUREAU OF PRISONS FROM SENTENCING JUDGE**

The Court has received defendant DeRosa's request to be incarcerated as close as possible to his home in Atlanta, Georgia. The Court recommends to the Bureau of Prisons that defendant DeRosa be designated to a facility close to his family, such as — to the extent he qualifies for imprisonment in a federal prison camp — the federal prison camps in Montgomery, Alabama or Pensacola, Florida.

**IT IS SO ORDERED.**

Dated: May 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE