**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DOMINICK DEROSA,

    Defendants.
                                   /

No. CR 00-0213 WHA

**ORDER REQUESTING RESPONSE FROM GOVERNMENT REGARDING DEFENDANT'S MOTION TO CHANGE CONDITIONS OF CONFINEMENT**

Defendant has filed a motion for an order substituting community confinement or home detention for his remaining term of imprisonment. A response is requested by the government by **JANUARY 25, 2011, AT NOON**. Please address whether the undersigned even has jurisdiction to order the relief requested by defendant.

**IT IS SO ORDERED.**

Dated: January 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE