IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DOMINICK DEROSA,

    Defendant.

No. CR 00-0213 WHA

**ORDER DENYING DEFENDANT'S MOTION TO CHANGE CONDITIONS OF CONFINEMENT**

      Defendant's motion for an order substituting community confinement or home detention for his remaining term of imprisonment is **DENIED**. The Court lacks jurisdiction to grant the request for modified confinement, and, in any event, would not support the proposal and believes prison confinement is necessary to achieve the sentencing goals of Congress under 18 U.S.C. 3553.

      **IT IS SO ORDERED.**

Dated: January 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE